# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

Case No. 5D23-0319
LT Case No. 16-2021-CF-011219
_____

NATHAN MICHAEL FLEURY,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
Kevin A. Blazs, Judge.

Nathan Michael Fleury, Cross City, pro se.

Ashley Moody, Attorney General, and Damaris E. Reynolds,
Assistant Attorney General, Tallahassee, for Appellee.


April 2, 2024


PER CURIAM.

    AFFIRMED.

JAY, HARRIS, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____